**SO ORDERED.**

**SIGNED August 05, 2005.**



_____
STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF LOUISIANA

IN RE:    **JEFFREY TROY THOMAS**                  **CASE NO: 04-14203**

**AND JENNIFER THOMAS**                  **CHAPTER: 13**

## CONSENT ORDER ON MOTION FOR RELIEF FROM STAY
## FILED BY US BANK, AS SERVICER FOR FEDERAL NATIONAL
## MORTGAGE

This matter came before the Court as a Motion for Relief From Stay, filed by US

BANK, AS SERVICER FOR FEDERAL NATIONAL MORTGAGE, set forth for

hearing on the 7th day of June, 2005. Mover and debtors, as evidenced by the signatures

of their counsel below, have now reached an agreement relating to the relief from stay,

Accordingly, considering the law, pleadings, evidence, and the agreement of parties;

IT IS ORDERED that the Debtors shall pay to Mover $1,128.03, (Total Post-Petitioner Arrearages), which payment has been received by US Bank. Such post-petition arrearages are for the months of March, April, and May 2005. Debtors further agree to pay US Bank, as servicer for Federal National Mortgage Corporation, reasonable attorney fees and costs in the amount of $550.00 plus late fees in the amount of $14.68 per month for the months of March, April, and May, 2005, in the amount of $44.04 which payment will be included in a modified chapter 13 plan to be submitted by the debtors for approval by this Court.

IT IS FURTHER ORDERED that should the Debtors fail to perform any obligation under this Consent Order or the Chapter 13 Plan and any amendments thereto or under that certain note or mortgage executed by the debtors and dated August 13, 1999, affecting the property described below (a "default") then Mover, its successors and assigns, may, immediately and without notice obtain an order lifting the automatic stay with respect to the said property on ex parte motion and affidavit and be awarded payment of its attorney's fees and court costs incurred post-petition in connection therewith, and, then the ten day stay of an order lifting stay as provided in Bankruptcy Rule 4001(a)(3) may be waived in connection therewith. The property as to which this consent order relates to described as follows:

> An 8.79 acre, more or less, parcel of land being the West 290.00 feet of the West half of East half of Northeast Quarter of Southwest Quarter, (W/2 of E/2 of NE/4 of SW/4), section 14, Township 23 North, Range 15 West, Caddo Parish, Louisiana, together with all buildings and improvements located thereon.
>
> Which has a physical address of 17921 Means Road, Ida, Louisiana 71044.

IT IS FURTHER ORDERED that this consent order shall survive any conversion

of this case to case under any other Chapter of the United States Bankruptcy Code.

IT IS FURTHER ORDERED that the ten day stay of an order lifting stay as

provided in Bankruptcy Rule 4001(a)(3) be and it is hereby waived.

###

## APPROVED AS TO FORM AND CONTENT

BY:   /s/ J. Rodney Messina
       J. RODNEY MESSINA (#20961)
       (A PROFESSIONAL LAW CORP.)
       256 East Boulevard
       Baton Rouge, La. 70802
       Telephone: (225) 343-9422
       **Attorney for U.S. Bank**

       /s/ Glay H. Collier, II
       GLAY H. COLLIER, II (#18578)
       920 Pierremont Suite 511
       Shreveport, Louisiana 71106
       Telephone: (318) 861-6866
       **Attorney for Debtors**