**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

IN RE:     **Jeffery Thomas**                 **CASE NO. 04-14203**
            **Jennifer Thomas**               **CHAPTER 13**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held in the U.S. Bankruptcy Court, U.S.

Courthouse, 300 Fannin Street, Courtroom 4, 4th Floor, Shreveport, LA, on **April 13, 2010, at**

**1:30 p.m.** on debtor's Motion to Reinstate Debtors' Bankruptcy Case Under Rule 60(b).

     **Objections, is any, should be filed within seven (7) days of the above hearing date**

with the Clerk, U.S. Bankruptcy Court, U.S. Courthouse, Room 2201, 300 Fannin St.,

Shreveport, LA 71101 and Glay H. Collier, II, 920 Pierremont Rd., Suite 511, Shreveport,

Louisiana 71106.     Respectfully submitted this March 8, 2010.


                    /s/ Glay H. Collier, II
                    GLAY H. COLLIER, II     Bar #18578

                    MCBRIDE & COLLIER
                    920 Pierremont,  Suite 511
                    Shreveport, LA  71106
                    Phone:(318) 861-6866
                    ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

IN RE:    **Jeffery Thomas**                     **CASE NO. 04-14203**
              **Jennifer Thomas**                   **CHAPTER 13**

<u>**CERTIFICATE OF SERVICE**</u>

I, GLAY H. COLLIER, II, DO HEREBY CERTIFY that a true and correct copy of the

foregoing Motion to Reinstate Debtors' Bankruptcy Case Under Rule 60(b) and Notice of

Hearing has this day been served on the following by placing a copy of the same in the United

States Mail, postage prepaid, and addressed as follows:


Mr. Paul Davidson                Office of the U.S. Trustee
Chapter 13 Trustee              300 Fannin Street, Ste. 3196
P.O. Box 19300                   Shreveport, LA 71101
Shreveport, LA 71149-0300     (via electronic service)
(via electronic service)


All those shown on the attached mailing matrix.

Shreveport, Louisiana this March 8, 2010.



                                  /s/ Glay H. Collier, II
                                  GLAY H. COLLIER, II      Bar #18578

                                  MCBRIDE & COLLIER
                                  920 Pierremont, Suite 511
                                  Shreveport, LA 71106
                                  Phone:(318) 861-6866

                                  ATTORNEYS FOR DEBTOR

**Am South**
POB 2224
Birmingham. AL 35246

**Anchor Receiveables Management**
POB 41003
Norfolf, VA 25342

**Atlantic Credit and Finance**
POB 13386
Roanoake, VA 24033

**Caddo Parish Sheriff**
505 Travis St., Rm. 700
Shreveport, LA 71101

**Capital One**
POB 260848
Plano, TX 75026

**Coastal Credit**
2679 Crane Ridge Dr. Ste. E
Jackson, MS 39216

**Coastal Credit**
6039 FiveOaks Drive, STE A
Shreveport, LA 71129

**Credigy Services Corp.**
P.O. Box 2689
Suwanee, GA 30024

**Credit Bureau of the South, Inc.**
600 Common Street
P.O. Box 7582
Shreveport, LA 71137-7582

**Creditgy**
POB 2689
Suwanee, GA 30024

**La Dept of Revenue-
Bankruptcy Section**
P.O. Box 66658
Baton Rouge LA 70896

**LSU Hospital**
POB 33932
Shreveport, LA 71130

**PORTFOLIO RECOVERY
ASSOCIATES, LLC.**
PO Box 41067
NORFOLK VA 23541

**Sallie Mae**
POB 9500
Wilkes Barre, PA 18773-9500

**Shreveport Anesthesia**
POB 741928
Dallas, TX 75374

**Slma Trust**
c/o Sallie Mae Inc
220 Lasley Ave
Wilkes-Barre, PA 18706

**Susan Shattuck, M.D.**
8001 Youree Drive, Ste. 350
Shreveport, LA 71115

**Tri-State Physical Therapy**
2820 Hearne Ave.
Shreveport, LA 71103

**United States Attorney's Office**
Western District of LA
300 Fannin St., Suite 3201
Shreveport, LA 71101

**US Bank**
4801 Frederica
Ownesboro, KY 42301

**US Bank Home Mortgage**
POB 468002
Bedford, OH 44146

**Willis Knighton**
2600 Greenwood Road
Shreveport, LA 71103

**Willis Knighton CNA Group**
POB 11407
Birmingham, AL 35246

**Jeffery & Jennifer Thomas**
17921 Means Rd.
Ida, LA 71044

---