**SO ORDERED.**

**SIGNED April 14, 2010.**



_____
STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE: Jeffery Thomas                               CASE NO: 04-14203
       Jennifer Thomas                           CHAPTER: 13

### ORDER

Considering the Motion to Reinstate Debtors' Bankruptcy Case;

**IT IS HEREBY ORDERED THAT** the above-captioned bankruptcy case for Jeffery and Jennifer Thomas bearing case number 04-14203 be reinstate for the reasons contained in the Motion.

###

This order was prepared and is being submitted by:
McBride & Collier
Glay H. Collier, II
Attorney for Jeffery and Jennifer Thomas
Bar Number    #18578
920 Pierremont Road, Suite 511
Shreveport, LA 71106
318-861-6866 - Telephone
318-861-6799 - Telecopier